| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hogan, Thomas F. | U.S. District Court for the District of Columbia | 08/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Medical Practice Retirement Payment |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Bar Assoc. | 3/27/14 | New York, NY | CLE | Lodging, food, and transportation |
| 2. | Pepperdine University Law School | 03/13-14/14 | Malibu, CA | Law School Lecture | Lodging, food and transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank (Mortgage ws paid off) | 1st Trust - Professional Office Building (The Mortage paid off) | L |
| 2. | EverHome Mortgage ( Mortgage paid off) | Mortgage on country property (Thie Mortgage was paid off) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2.   --BROKERAGE ACCOUNT #1- | | | | | | | | | |
| 3.   Morgan Stanley Deposit Program | A | Interest | L | T | | | | | |
| 4.   Am. Capital World Growth Cl A | A | Interest | K | T | | | | | |
| 5.   ARES Capital | A | Dividend | J | T | | | | | |
| 6.   Cigna | A | Dividend | K | T | | | | | |
| 7.   First Eagle Global Fund Cl C | A | Interest | L | T | | | | | |
| 8.   Franklin Tax Free Trust High Yield Taxfree Income Fnd | A | Dividend | K | T | | | | | |
| 9. | | | | | | | | | |
| 10.   --BROKERAGE ACCOUNT #!*-- | | | | | | | | | |
| 11.   Morgan Stanley Deposit Prog | A | Int./Div. | J | T | | | | | |
| 12.   ATT | A | Dividend | K | T | | | | | |
| 13.   Consol Ediston | B | Dividend | K | T | | | | | |
| 14.   GE Co. | A | Dividend | K | T | | | | | |
| 15.   Genuine Parts Corp. | A | Dividend | K | T | | | | | |
| 16.   Halyard Inc. | A | Dividend | J | T | Buy | 12/14/14 | J | | |
| 17.   Johnson & Johnson | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Kimberly Clark | A | Dividend | K | T | | | | | |
| 19.  Kinder Morgan Energy(changed name to Kinder Morgan Inc.) | B | Dividend | K | T | | | | | |
| 20.  McDonalds | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 21.  Microsoft | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 22.  Pepsico | B | Dividend | L | T | | | | | |
| 23.  Scotts Co | A | Dividend | K | T | | | | | |
| 24.  UPS | A | Dividend | K | T | | | | | |
| 25.  Universal Health Realty, Inc. | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 26.  Verizon | B | Dividend | K | T | | | | | |
| 27.  Wal-Mart | B | Dividend | L | T | | | | | |
| 28.  Yum Brands | A | Dividend | K | T | | | | | |
| 29.  Templeton Emer. Mkts | B | Dividend | | | Sold | 10/0/014 | L | A | |
| 30.  FNMA Cpn. due 09/25/20 | A | Interest | J | T | | | | | |
| 31.  --Mutual Funds-- | | | | | | | | | |
| 32.  Ivy Asset Strategy Cl C | A | Dividend | K | T | | | | | |
| 33.  Merrill Lynch bond X | A | Interest | | | Sold | 10/14/14 | K | B | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --BROKERAGE ACCOUNT #2* | | | | | | | | | |
| 36. Morgan Stanley Bank Dep Program | A | Interest | K | T | | | | | |
| 37. AT&T | B | Dividend | K | T | | | | | |
| 38. Bellsouth Corp/ATT | B | Dividend | | | Merged (with line 37) | 06/04/14 | J | | |
| 39. Chevron Texaco | C | Dividend | M | T | | | | | |
| 40. Coca-Cola | B | Dividend | L | T | | | | | |
| 41. ConEd | B | Dividend | L | T | | | | | |
| 42. En Bridge Energy Partners GE | B | Dividend | | | Sold | 09/26/14 | L | C | |
| 43. Enterprise Prods Partners | B | Dividend | K | T | | | | | |
| 44. Energy Transfer Partners LP | A | Dividend | L | T | Buy | 09/26/14 | L | | |
| 45. Exelon | A | Dividend | K | T | | | | | |
| 46. Exxon | B | Dividend | J | T | | | | | |
| 47. Fed. Realty Inv. Tr. | B | Dividend | L | T | | | | | |
| 48. General Electric | A | Dividend | L | T | Buy (add'l) | 11/01/14 | K | | |
| 49. Genuine Parts | A | Dividend | K | T | | | | | |
| 50. Haywaed Health(icreased in value over $1000)X | A | Dividend | J | T | Open | 10/14/14 | J | | |
| 51. IBM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson | B | Dividend | | | Distributed | 09/26/14 | L | | to Brokerage Act. #4 |
| 53. J.P. Morgan Chase | A | Interest | L | T | | | | | |
| 54. Kimberly Clark | B | Dividend | L | T | | | | | |
| 55. Kinder Morgan Energy(changed to Kinder Morgan, Incc) | B | Dividend | L | T | | | | | |
| 56. Lilly & Co. | B | Dividend | L | T | | | | | |
| 57. McDonalds | A | Dividend | L | T | Buy | 11/05/14 | L | | |
| 58. Merck & Co. | A | Dividend | K | T | | | | | |
| 59. Microsoft | A | Dividend | L | T | Buy (add'l) | 09/26/14 | K | | |
| 60. National Retail Prop. | B | Dividend | M | T | Buy (add'l) | 09/26/14 | K | | |
| 61. PepsiCo | B | Dividend | K | T | | | | | |
| 62. Pfizer, Inc. | B | Dividend | L | T | Buy (add'l) | 03/10/14 | K | | |
| 63. Proctor & Gamble | B | Dividend | M | T | | | | | |
| 64. 3M X | A | Dividend | | | Sold | 09/15/14 | K | C | |
| 65. Southern company | A | Dividend | K | T | Buy | 03/26/14 | K | | |
| 66. Universal Health Realty | B | Dividend | K | T | Buy (add'l) | 10/01/14 | K | | |
| 67. UPS | B | Dividend | K | T | | | | | |
| 68. Verizon | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo | B | Dividend | L | T | | | | | |
| 70. Alcoa Inc bond | A | Interest | K | T | | | | | |
| 71. AmerenEnergy bond | A | Interest | K | T | | | | | |
| 72. Arrow Electronics | B | Interest | K | T | | | | | |
| 73. FNMA Cl 59, 10/25/2022 | A | Interest | J | T | | | | | |
| 74. Bank of America. Cl 2A3Bank of America Mtg Sec Cl 3A9 | A | Interest | J | T | | | | | |
| 75. Bank of America. Cl 2A3 | A | Interest | J | T | | | | | |
| 76. Chase Mtg. Fin. Cl 2A5 | A | Interest | | | Sold | 02/25/13 | J | A | Sold in 2013 |
| 77. Ford Del Deb 11/15/2025 | A | Interest | J | T | | | | | |
| 78. Ford Debentures 08/01/2026 | A | Interest | K | T | | | | | |
| 79. Ivy Intl Con Equity | | Dividend | K | T | | | | | |
| 80. Ivy Asset Strat. Cl-C | B | Dividend | M | T | | | | | |
| 81. NationsBank Sub Note | B | Interest | J | T | | | | | |
| 82. Lincoln National bond 03/15/18 | A | Interest | J | T | | | | | |
| 83. Merrill Lynch bond 07/15/18 X | B | Interest | | | Sold | 03/10/14 | K | | |
| 84. Vanguard Target Retirement Inc. | A | Int./Div. | J | T | Buy | 2/15/14 | J | | |
| 85. Wash RE Inv | A | Interest | K | T | Sold (part) | | L | A | Omitted from '12 report |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Whirlpool Mty 05/15/21 | A | Interest | K | T | | | | | |
| 87. Xerox Mty 06/15/21 | A | Interest | K | T | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. --BROKERAGE ACCOUNT #4 (was #7 in 2013) | | | | | | | | | |
| 91. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | | | Sold | 08/01/14 | J | A | |
| 92. AT&T | A | Dividend | J | T | Buy | 11/01/14 | J | | |
| 93. General Electric Co | A | Dividend | J | T | Buy | 11/01/14 | J | | |
| 94. Howard County Cons. | B | Interest | K | T | | | | | |
| 95. Johnson & Johnson | A | Dividend | L | T | Buy | 09/26/14 | L | | |
| 96. Kender Morgan Inc. | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 97. Mayor & City Council Balt. | A | Interest | K | T | | | | | |
| 98. McDonalds | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 99. NationsBank Corp Sub Note, 9/15/16 | B | Interest | J | T | | | | | |
| 100. Pfizer | A | Dividend | K | T | Buy | 3/05/14 | K | | |
| 101. Southern Co. | A | Dividend | K | T | Buy (add'l) | 11/14/14 | K | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --OIL & GAS WELL SHARES-- | | | | | | | | | |
| 104. Total Fina Elf. | B | Royalty | J | W | | | | | |
| 105. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 106. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 107. | | | | | | | | | |
| 108. --REAL ESTATE-- | | | | | | | | | |
| 109. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 110. Adams Co., PA - country property | | | M | W | | | | | |
| 111. Country Prop. 1/3 sh. Adams Co., PA | | | K | W | | | | | |
| 112. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 113. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 114. 1st Trust Prof. Office Bldge., Fairfax Co., VA | D | Interest | | | Sold | 03/01/14 | M | G | |
| 115. | | | | | | | | | |
| 116. --MISC-- | | | | | | | | | |
| 117. Centennial MM Tr. Money Market | A | Interest | | | Distributed | 01/02/14 | M | A | To PNC Money Market Act. |
| 118. PNC Money Marker Act. | A | Interest | M | T | Open | 01/02/14 | M | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. . Irrevocable Trust -- The Trust was terminated by operation of the Trust Provisions and all assets distributed.

2. . Brokerage Account #2 in 2013 report is now Brokerage Act. #1; Brokerage Act. #3 in 2013 is now Brokerage Act. #2; Brokerage Act. #4 in 2013 is now Broklerage Act. #3; Brokerage Act. #7 in 2013 is now Brokerage Act. #4.   Other accounts were merged or closed  as per the 2013 note.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas F. Hogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544